# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

CHARLES KEVIN DAWSON,

    Plaintiff,

v.                                        Case No. 5:21-cv-240-TKW/MJF

JEREMY HEAD,

    Defendant.

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 14). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Plaintiff's official capacity claim and his claim for injunctive relief should be dismissed for failure to state a claim upon which relief can be granted. The Court also agrees that Plaintiff's remaining claims should be held in abeyance until his state criminal proceedings conclude because, at that point, the magistrate judge will be better able to determine whether the remaining claims are barred by *Heck v. Humphrey*, 512 U.S. 477 (1994), or whether they are adequately pled and should be allowed to proceed. *See Hughes v. Lott*, 350 F.3d 1157, 1160-61 (11th Cir. 2003).

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's official capacity claim and claim for injunctive relief are **DISMISSED** pursuant to 28 U.S.C. §§1915(e)(2)(B)(ii) and 1915A(b)(1) for failure to state a claim upon which relief can be granted.

3. Plaintiff's remaining claims will be held in abeyance pending the resolution of his state criminal proceeding.

4. The Clerk shall administratively close this case.

5. Plaintiff may file a motion to reopen this case within 30 days after the conclusion of his state criminal proceeding.

6. If a motion to reopen has not been filed within one year after the date of this Order, the Clerk shall refer the case to the magistrate judge to determine through an Order to Show Cause or other appropriate procedure whether this case should remain in abeyance or be dismissed.

**DONE and ORDERED** this 8th day of August, 2022.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**