UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CHARLES KEVIN DAWSON,**

    **Plaintiff,**

v.                                              Case No. 5:21-cv-240-TKW-MJF

**JEREMY HEAD,**

    **Defendant.**

_____/

## ORDER

    This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 36) and Plaintiff's objection (Doc. 38). The Court reviewed the issues raised in the objection de novo under 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that Plaintiff's federal claims should be dismissed because they fail to state a plausible claim for relief and that the Court should decline to exercise supplemental jurisdiction over Plaintiff's state-law claim.

    The Court did not overlook the proposed amended complaint (Doc. 37) that Plaintiff filed with his objection. Unlike the prior proposed amended complaint (Doc.33) that was rejected by the magistrate judge, *see* Doc. 35, this proposed amended complaint is on the court-approved form. However, for the same reasons that the magistrate judge determined that the prior proposed amended complaint fails

to state a plausible federal claim, *id.* at 4–16, the latest proposed amended complaint fails to state a plausible federal claim. Thus, it would be futile to allow the case to proceed on proposed amended complaint.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's federal claims are **DISMISSED with prejudice** for failure to state a claim on which relief can be granted.

3. The Court declines to exercise supplemental jurisdiction over Plaintiff's state-law claim under 28 U.S.C. §1367(c)(3), and that claim is **DISMISSED without prejudice**.

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 12th day of November, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**